**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Juan ALMENDAREZ–LOPEZ,**
**Defendant–Appellant.**

**No. 06–41167**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 7, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before REAVLEY, JOLLY, and
BENAVIDES, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal
Case, Juan Almendarez–Lopez raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224,
235, 118 S.Ct. 1219, 140 L.Ed.2d 350
(1998), which held that 8 U.S.C.
§ 1326(b)(2) is a penalty provision and not
a separate criminal offense. The Government's motion for summary affirmance is
GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.